# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JULY 10, 2019

## NO. 03-18-00597-CV

**Michael Marquez, Appellant**

**v.**

**Russell David Calvo, Appellee**

**APPEAL FROM THE 353RD DISTRICT COURT OF TRAVIS COUNTY
BEFORE JUSTICES GOODWIN, BAKER, AND SHANNON
AFFIRMED -- OPINION BY JUSTICE SHANNON**

This is an appeal from the interlocutory order signed by the trial court on August 23, 2018. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the order. Therefore, the Court affirms the trial court's interlocutory order. Appellant shall pay all costs relating to this appeal, both in this Court and in the court below.